FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 3 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-1721 JB |
| vs. | ) 18 U.S.C. §§ 1153, 2241(c), and |
| | ) 2246(2)(D): Aggravated Sexual Abuse. |
| ALEXANDER JOHN DURAN, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

Between on or about December 21, 2021, and on or about February 23, 2022, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendant, **ALEXANDER JOHN DURAN**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who had not then attained the age of 12 years, and the sexual act consisted of the intentional touching, not through the clothing, of the genitalia of Jane Doe with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(D).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney