# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | CRIMINAL ACTION NUMBER: 3:25-MJ-30-CHL |
| **ALEXANDER JOHN DURAN** | **DEFENDANT** |

## ORDER

On January 16, 2025, Colin H. Lindsay, United States Magistrate Judge, held an initial appearance via video conference on a sealed Indictment from the District of New Mexico (Case Number 24-1721 JB). Assistant United States Attorney Frank Dahl appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center. The proceeding was digitally recorded.

At the initial appearance, the defendant acknowledged his identity and was advised of the nature of the charges and was advised of his rights.

The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of the Federal Defender. Assistant Federal Defender Chastity Beyl was present on the video and accepted the appointment.

The defendant, through counsel, consented to proceed with initial appearance via video conference.

The defendant, through counsel, elected to waive his right to a removal hearing.

The United States moved for detention. By agreement of counsel and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that a detention hearing is scheduled for **January 21, 2025, at 1:00 p.m**. in Courtroom. The defendant is remanded to custody of United States Marshals Service pending further order of the Court.

January 27, 2025

:10

Colin H Lindsay, Magistrate Judge
United States District Court

# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NUMBER: 3:25-MJ-30-CHL |
| ALEXANDER JOHN DURAN | DEFENDANT |

## ORDER

This matter was called on January 21, 2025, for a detention hearing on a sealed Indictment from the District of New Mexico. (Case Number 24-1721 JB).   Assistant United States Attorney Danielle Yannelli appeared on behalf of the United States.   The defendant was present, in custody, with Assistant Federal Defender Chastity Beyl, appointed counsel. The proceeding was digitally recorded.

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Indictment is **UNSEALED**.

The defendant, through counsel, advised the Court that he wished to waive his right to a detention hearing in the Western District of Kentucky and have his hearing in the District of New Mexico.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant is remanded to custody of United States Marshals Service pending transport to the District of New Mexico for further proceedings.

January 26, 2025
:05

Colin H Lindsay, Magistrate Judge
United States District Court

cc: USMS, USDC-District of New Mexico