Query   Reports   Utilities   Help   What's New   Log Out

**CLOSED**

# U.S. District Court
## Western District of Kentucky (Louisville)
### CRIMINAL DOCKET FOR CASE #: 3:25-mj-00030-CHL-1

Case title: USA v. Duran

Date Filed: 01/16/2025

Date Terminated: 01/27/2025

Assigned to: Magistrate Judge Colin H. Lindsay

**Defendant (1)**

**Alexander John Duran**  
*TERMINATED: 01/27/2025*  
*also known as*  
Seal 1  
*TERMINATED: 01/27/2025*

represented by **Chastity R. Beyl**  
Western Kentucky Federal Community Defender, Inc.  
629 Fourth Avenue, Suite 200  
Louisville, KY 40202  
502-584-0525  
Fax: 502-584-2808  
Email: chastity_beyl@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Removal from NM

**Disposition**

**Plaintiff**

USA          represented by    **Danielle Yannelli**
U.S. Attorney's Office
717 West Broadway
Louisville, KY 40202
502-582-6942
Email: danielle.yannelli@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Frank E. Dahl , III**
U.S. Attorney Office - Louisville
717 W. Broadway
Louisville, KY 40202
502-582-5911
Email: frank.dahl@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2025 | | Arrest (Rule 5) of Seal 1. (KDY) (Entered: 01/27/2025) |
| 01/16/2025 | 1 | Rule 5 Documents Received from New Mexico, Case Number 24-1721 JB as to Seal 1. (KDY) (Entered: 01/27/2025) |
| 01/16/2025 | | Proceedings held before Magistrate Judge Colin H. Lindsay: Initial Appearance in Rule 5(c)(3) Proceedings as to Seal 1 held on 1/16/2025. (Court Reporter Digitally Recorded) (KDY) (Entered: 01/27/2025) |
| 01/21/2025 | | Case unsealed as to Seal 1. (KDY) (Entered: 01/27/2025) |
| 01/27/2025 | 2 | ORDER by Magistrate Judge Colin H. Lindsay on 1/27/2025 as to Seal 1. The Court appointed the Office of the Federal Defender. Assistant Federal Defender Chastity Beyl was present on the video and accepted the appointment. Detention Hearing set for 1/21/2025 at 1:00 PM in Louisville Courtroom before Magistrate Judge Colin H. Lindsay. cc: counsel (via US Mail), USM (email) (KDY) (Entered: 01/27/2025) |
| 01/27/2025 | 3 | ORDER for proceedings held before Magistrate Judge Colin H. Lindsay: Detention Hearing as to Alexander John Duran held on 1/27/2025. Upon motion of the United States to unseal the Indictment, the motion is GRANTED and the Indictment is UNSEALED. The defendant, through counsel, advised the Court that he wished to waive his right to a detention hearing in the Western District of Kentucky and have his hearing in the District of New Mexico. Defendant is remanded to custody of United States Marshals Service pending transport to the District of New Mexico for further proceedings. (Court Reporter Digitally Recorded) cc: counsel, USM, USDC-District of NM (KDY)<br><br><span style="color:red">NOTICE TO RECEIVING COURT OF CRIMINAL CASE TRANSFER</span> |

| | | NOTICE to District of New Mexico of a Rule 5 Initial Appearance as to defendant Alexander John Duran. Your case number is: 24-1721 JB. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. If you require certified copies of any documents, please send a request to KYWDml_CRAssignment@kywd.uscourts.gov. (Entered: 01/27/2025) |