# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable JERRY H. RITTER

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **24-1721 JB** | Date: | **2/18/25** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **REBECCA HELMICK** | Type of Hearing: | | **INITIAL APPEARANCE** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **ALEXANDER JOHN DURAN** | **FPD STANDING IN-DARREN ROBINSON** | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **JAMES DICKENS** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **9:34-9:39; 10:55-11:03 A.M.   8 MIN** | |

- ☐ Agent sworn
- ☒ Court questions Defendant regarding his/her physical and mental condition, age, education
- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☒ ORAL Motion for Detention Hearing by Government
- ☒ Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☐ Waiver of show cause/detention hearing; Matter referred to the District Judge for a Disposition Hearing
- ☐ Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing

- ☒ Defendant in custody
- ☐ Conditions of Release continued on Page 2

- ☒ Other:   ALBQ CASE- DEFENDANT TO BE TRANSFERRED TO ALBQ FOR NEXT HEARINGS; DETAINED PENDING HEARING