FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 9 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 24-1721-JB |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1153, 2244(a)(5), and |
| | ) | 2246(3): Abusive Sexual Contact. |
| **ALEXANDER JOHN DURAN,** | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

Between on or about December 21, 2021, and on or about February 23, 2022, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendant, **ALEXANDER JOHN DURAN,** an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had not then attained the age of 12 years, and the sexual contact consisted of the defendant intentionally touching Jane Doe's genitalia directly and not through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse or gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

MARK A. PROBASCO
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
(505) 346-7296 fax