# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | **24-1721 JB** | | USA v. | **DURAN** |
| Date: | **April 10, 2026** | | Name of Deft: | **Alexander John Duran** |

| | |
|---|---|
| Before the Honorable | **James O. Browning** |

| | | | |
|---|---|---|---|
| Time In/Out: | **9:07 a.m. / 9:39 a.m.** | Total Time in Court: | **0:32** |
| Clerk: | **C. Padilla** | Court Reporter: | **J. Bean** |
| AUSA: | **Mark Probasco** | Defendant's Counsel: | **Devon Fooks, Appointed** |
| Sentencing in: | **ABQ** | Interpreter: | **N/A** |

| | | | | | |
|---|---|---|---|---|---|
| Probation Officer: | **Rachel Stevens** | | Sworn? | Yes | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | X | Information | Indictment |
| Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date of Plea/Verdict: | **November 19 ,2025** | | PSR: | X | Not Disputed | Disputed | |
| PSR: | X | Court Reviewed PSR Factual Findings and USSG Calculations and Adopts as Its Own | Evidentiary Hearing: | X | Not Needed | Needed | |

| | |
|---|---|
| Exceptions to PSR: | **None.** |

| | |
|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): **168 months.** |

| | | | | |
|---|---|---|---|---|
| Supervised Release: | **5 years.** | Probation: | | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| X | Parties have reviewed the standard and special conditions listed in Attachment A. | X | Parties have no objections to the conditions listed in Attachment A. | |
| X | Parties waive the reading of conditions. | X | Conditions are imposed as listed in Attachment A to include the justification and nexus of the conditions listed. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fine: | $ | | Restitution: | $ | | | |
| SPA: | $ | **100.00   (100.00 as to each count)** | Payment Schedule: | X | Due Immediately | | Waived |

| | |
|---|---|
| OTHER: | |

| | | | |
|---|---|---|---|
| X | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS | Court calls case, parties enter appearances.   Court addresses defense and Defendant regarding review of PSR and Addendums, parties respond they have reviewed the documents. Upon Court's inquiry, Govt. orally moves for third level reduction based on acceptance and informs will submit written motion and proposed form or order re: same at later time; Court grants. Defense counsel addresses Court to include argument in support of supervised release of five years. Defendant allocutes. AUSA–asks the Court accept Plea Agreement. Court imposes sentence, accepts plea agreement. Parties waive formal reading of special conditions and have the Court adopt the special conditions listed in Attachment A, Doc 37. Defense asks for a recommendation of FCI Florence, Coleman or Safford. AUSA-no objections. USPO indicates Coleman is not appropriate. Defense-will look at facilities appropriate for Defendant. Court- is Tucson appropriate? USPO-responds. Nothing further. |