IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                                                                    **Cr. No. 24-1721-JB**

**ALEXANDER JOHN DURAN**,

      Defendant.

**UNITED STATES' MOTION FOR DOWNWARD ADJUSTMENT
IN DEFENDANT'S OFFENSE LEVEL**

The United States of America files this Motion pursuant to U.S.S.G. § 3E1.1(b) and moves this Court for an Order for a one-level downward adjustment of the Offense Level in sentencing Defendant. As grounds therefor, the United States provides as follows:

1.      Pursuant to U.S.S.G. § 3E1.1(a), Defendant clearly has demonstrated acceptance of responsibility for this offense, and Defendant's offense level should be decreased by two levels.

2.      Prior to operation of U.S.S.G. § 3E1.1(b), Defendant's offense level is 16 or greater.

3.      Defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

1

4.      Therefore, pursuant to U.S.S.G. § 3E1.1(b), Defendant's offense level should be

adjusted downward by one additional level.

WHEREFORE, the United States respectfully requests a downward adjustment in

Defendant's offense level of one additional level for acceptance of responsibility.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

RYAN ELLISON
First Assistant United States Attorney

*Electronically filed on April 21, 2026*
MARK A. PROBASCO
Assistant United States Attorney
201 3rd St. NW, Ste. 900
Albuquerque, New Mexico 87102
(505) 346-7274

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2026, I filed the foregoing document
electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures
Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

*/s/*
MARK PROBASCO
Assistant United States Attorney